BEATTY, Petitioner, v. SUPERIOR COURT, Respondent.

### No. 8800; February 15, 1883.

**Mandamus to Compel the Superior Court to Place a Cause on Appeal** from a justice's court on the calendar, and proceed with the trial thereof, issued on authority of Ward v. Superior Court, 58 Cal. 519.[1]

Mandamus.

Wm. H. H. Hart for petitioner; Henly & Oates for respondent.

By the COURT.—On authority of Ward v. Superior Court of Marin County, 58 Cal. 519, let the writ issue.